Cyndie M. Chang (SBN 227542)
cmchang@duanemorris.com
Dan Terzian (SBN 283835)
dterzian@duanemorris.com
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Tel.: 213.689.7400
Facsimile: 213.689.7401

Attorneys for Defendant
STOLI GROUP USA LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA DISTRIBUTING LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> STOLI GROUP USA LLC AND DOES 1-10 inclusive, <br><br> Defendants. | Case No.: 8:17-cv-01552-DOC-JCG <br><br> Hon. David O. Carter <br><br> **STOLI GROUP'S EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT BY 28 DAYS** <br><br> Complaint served: November 10, 2017 <br> Complaint received: November 29, 2017 <br> Sought response date: Dec. 29, 2017 |

Defendant Stoli Group USA LLC ("Stoli Group") applies ex parte for an order extending Stoli Group's time to respond to the Complaint (ECF No. 1) by 28 days, from December 1, 2017, to December 29, 2017. There is good cause for granting this application. Stoli Group did not receive notice of the Complaint until November 29, 2017—two days before a response would normally be due. Even though the Complaint was served on Stoli Group's agent for service of process, Corporation Service Company Inc. ("CSC"), on November 10, 2017, there was a delay in CSC's processing of the Complaint. Stoli Group was neither notified that the Complaint had

been served, nor did CSC provide Stoli Group with a copy of the served Complaint until November 29, 2017.

Stoli Group has reasonably attempted to obtain Luna Distributing's position on this application. Stoli Group has called and emailed both Luna Distributing's counsel of record (Roland Tong) and its newly retained counsel (Craig Lytle). Only Mr. Tong returned Stoli Group's voicemail and email. Mr. Tong advised that he informed Luna Distributing of the application, but Luna Distributing could not make a decision because it needs to speak with its newly retained counsel, Craig Lytle. At the time of filing, around 10:35 PM, Stoli Group does not know whether Luna Distributing will oppose this application.

This ex parte application is based on this application, the supporting memorandum of points and authorities, the declaration of Dan Terzian, the concurrently filed exhibits, and the pleadings, filings, and orders in this action.

***Luna Distributing is notified "that opposing papers must be filed no later than twenty-four (24) hours following service."***

Dated: November 30, 2017         **DUANE MORRIS LLP**

By: /s/ Dan Terzian
Cyndie M. Chang
Dan Terzian

Attorneys for Defendant STOLI GROUP USA LLC