# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA DISTRIBUTING LLC, a California Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STOLI GROUP USA LLC AND DOES 1-10 inclusive,<br><br>　　　　　Defendants. | Case No.: 8:17-cv-01552-DOC-JCG<br><br>Hon. David O. Carter<br><br>**ORDER GRANTING STOLI GROUP'S EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT BY 28 DAYS** |

Before the Court is Defendant Stoli Group USA LLC's ex parte application for an order extending time to respond to the Complaint by 28 days. For good cause shown, the application is GRANTED. Stoli Group shall have until December 29, 2017, to respond to the Complaint.

*So ordered*.

Dated: December ___, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. David O. Carter
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge