| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |
|---|---|

**CIVIL MINUTES – GENERAL**

Case No. SA CV 17-1552-DOC (JDEx)　　　　　　　　　　　　Date: April 11, 2019

Title: LUNA DISTRIBUTING, LLC V STOLI GROUP USA, LLC

---

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | CourtSmart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None | Cyndie M. Chang (via phone) |
| | Vanessa Hew (via phone) |

**PROCEEDINGS:** STATUS CONFERENCE RE MOTION FOR SUMMARY JUDGMENT [51]

---

　　Counsel for plaintiff failed to appear. Defendant's Motion for Summary Judgment [51] is GRANTED and the case is DISMISSED with prejudice.

　　Proposed Judgment due by **April 24, 2019.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　: 03
　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Clerk　　djl