Cyndie M. Chang (SBN 227542)
cmchang@duanemorris.com
Rona Eli (SBN 326093)
reli@duanemorris.com
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450
Tel.: 213.689.7400
Facsimile: 213.689.7401

Vanessa C. Hew *(admitted pro hac vice)*
**DUANE MORRIS LLP**
1540 Broadway
New York, N.Y. 10036
Tel.: 212.692.1000
Facsimile: 212.692.1020

Attorneys for Defendant
STOLI GROUP (USA), LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA DISTRIBUTING LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STOLI GROUP (USA), LLC AND DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 8:17-cv-01552-DOC-JDE<br><br>Hon. David O. Carter<br><br>**JOINT NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff LUNA DISTRIBUTING LLC and Defendant STOLI GROUP (USA), LLC have reached a settlement in the above-referenced case. The parties have signed a formal settlement and release agreement ("Settlement Agreement"). Once both parties have performed all obligations under the Settlement Agreement, the parties will file a stipulation of dismissal.

Based on the foregoing, the parties respectfully request that the Court vacate the July 13, 2021 Scheduling Order and all hearing dates, including the Final Pretrial Conference on March 14, 2022 and the Jury Trial on March 29, 2022, to provide the parties enough time to complete their settlement obligations, at which time the parties will file a stipulation of dismissal.

Dated: March 2, 2022         **LAW OFFICE OF MICHAEL MOGAN**

By: */s/ Michael Mogan*
Michael Mogan

Attorney for Plaintiff
LUNA DISTRIBUTING LLC

Dated: March 2, 2022         **DUANE MORRIS LLP**

By: */s/ Rona Eli*
Cyndie M. Chang
Rona Eli

Attorneys for Defendant
STOLI GROUP (USA), LLC